# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02781-STV

ACCESS 4 ALL INCORPORATED and
FABIOLA MUNOZ,

    Plaintiffs,

v.

KISHORE J. RAMJIANI, d/b/a Wasdsworth Convenience.,

    Defendant.

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiffs, ACCESS 4 ALL INCORPORATED and FABIOLA MUNOZ ("Plaintiffs"), and Defendant, KISHORE J. RAMJIANI, d/b/a Wasdsworth Convenience ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on March 29, 2022.

| | |
|---|---|
| */s/ Anthony J. Perez* | */s/ Jason Krueger Esq.* |
| ANTHONY J. PEREZ, ESQ. | JASON KRUEGER, ESQ. |
| GARCIA-MENOCAL & PEREZ, P.L. | Galvanize Law Group |
| 1600 Broadway | 6145 Broadway, Ste. 49 |
| Denver, CO 80202 | Denver, CO 80216 |
| Telephone: (305) 553-3464 | Email: kstrauss@galvanize.law; |
| Email: ajperez@lawgmp.com | jkrueger@galvanize.law |
| *Attorney for Plaintiff* | *Attorney for Defendant Kishore J. Ramjiani d/b/a Wadsworth Convenience* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on March 29, 2022.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dperaza@lawgmp.com
bvirues@lawgmp.com


By: ___/s/ Anthony J. Perez_____
      ANTHONY J. PEREZ